# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1124

_____

United States of America,      *
     *
       Appellee,      *     Appeal from the United States
     *     District Court for the Northern
    v.      *     District of Iowa.
     *
Jessie Paschal,      *      [UNPUBLISHED]
     *
       Appellant.      *

_____

Submitted:    May 16, 2003

Filed:    May 23, 2003

_____

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Jessie Paschal pleaded guilty to knowingly managing or controlling a place and making it available to another person for the unlawful storage, distribution, or use of a controlled substance, in violation of 21 U.S.C. § 856(a)(2). The district court[*] granted the government's motion for a substantial-assistance downward departure,

_____

[*]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

and sentenced Paschal to thirty-three months imprisonment and two years supervised release.

On appeal, Paschal's counsel moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), and filed a brief arguing the district court should have granted a more substantial downward departure. Although Paschal was granted permission to file a pro se supplemental brief, she has not done so. We reject the argument advanced by Paschal's counsel because the downward departure is unreviewable. <u>See</u> <u>United States v. Dutcher</u>, 8 F.3d 11, 12 (8th Cir. 1993) (extent of district court's downward departure for substantial assistance is unreviewable on appeal). Further, having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.